**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6001**

TIMOTHY SYKES

       Plaintiff - Appellant

v.

MOHAMMAD MOTAMED, Food Service Director; ANITA OWUSU, Food Service Assistant Director; DANIEL AIKENS, Food Supervisor

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:18-cv-01194-LMB-JFA)

Submitted: April 25, 2019                     Decided: April 30, 2019

Before FLOYD and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Timothy Sykes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Sykes appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint for failure to apprise the court of his change in address. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sykes v. Motamed*, No. 1:18-cv-01194-LMB-JFA (E.D. Va. Dec. 10, 2018). We deny Sykes' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
